UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-00048-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUBEN PIEDRA | ORDER<br>(UNDER SEAL) |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Consent Motion to Modify Conditions of Release, The Motion to Seal, and their corresponding Orders. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

This the __16__ day of May, 2017.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE